# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146882

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                SC: 146882
                                                                 COA: 304163
                                                                 Wayne CC: 10-010029-FC
CRAIG MELVIN JACKSON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



d0617

                                                              Clerk